O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | SA 08-414M |
| ) | |
| v. ) | ORDER OF DETENTION AFTER HEARING |
| ) | (18 U.S.C. § 3142(i)) |
| JOSE VILLANUEVA RODRIGUEZ, ) | |
| ) | |
| Defendant. ) | |

I.

A.  (  ) On motion of the Government involving an alleged

   1. (  ) crime of violence;

   2. (  ) offense with maximum sentence of life imprisonment or death;

   3. (  ) narcotics or controlled substance offense with maximum sentence of ten or more years

       (21 U.S.C. §§ 801,/951, et. seq.,/955a);

   4. (  ) felony - defendant convicted of two or more prior offenses described above.

B.  On motion (  ) (by the Government) / (  ) (by the Court sua sponte involving)

   1. ( X )   serious risk defendant will flee;

   2. (  )   serious risk defendant will

       a. (  )   obstruct or attempt to obstruct justice;

       b. (  )   threaten, injure, or intimidate a prospective   witness or juror or attempt to do so.

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

II.

The Court finds no condition or combination of conditions will reasonable assure:

A. ( X )   appearance of defendant as required; and/or

B. (  ) safety of any person or the community;

III.

The Court has considered:

A. ( x ) the nature and circumstances of the offense;

B. ( x ) the weight of evidence against the defendant;

C. ( x ) the history and characteristics of the defendant;

D. (  ) the nature and seriousness of the danger to any person or to the community.

IV.

The Court concludes:

A. (  ) Defendant poses a risk to the safety of other persons or the community because:

B. ( x )   History and characteristics indicate a serious risk that defendant will flee because:

**Defendant is undocumented.  He has no ties to the community and no bail resources.**

C. (  ) A serious risk exists that defendant will:

1. (  )   obstruct or attempt to obstruct justice;

2. (  )   threaten, injure or intimidate a witness/ juror; because:

D. (  ) Defendant has not rebutted by sufficient evidence to the contrary the presumption provided in 18 U.S.C. § 3142 (e).

///

///

///

///

1    IT IS ORDERED that defendant be detained prior to trial.

2    IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections
3 facility separate from persons awaiting or serving sentences or person held pending appeal.

4    IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private
5 consultation with his counsel.

7 Dated: August 7, 2008

_____
Marc L. Goldman
U.S. Magistrate Judge

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

CR - 94 (02/94)    - 3 -    Page 3 of 3